THE Honorable JUDGE MARK A. GOLDSMITH
REQUEST TO CHANGE MY ATTORNEY Mark Magidson

I filed a complaint against Mark to the attorney grievance commission
Due to Mark's malpractice , and he did not bring knowingly all the followings of the conspiratorial ,designed, fabricated, numerous malicious prosecutorial misconducts of the corrupted AUSA Ramamurthy, and his false , his dishonest, and his misleading statements ,Ramamurthy were dishonest, and misled with court, Mark never brought the above to court attention, The psychologists know Ramamurthy is a corrupt, they know Ramamurthy designed all of his accusations of me were malicious accusations, they know that Ramamurthy presented a defunct document to and misled with court, they know Ramamurthy conspired with the pretrial officer Adam hussey , they know all Ramamurthy's numerous retaliations against me because of my complaints against him to ARDC, they know Ramamurthy's unusual government request to muzzle and to prohibit me from communications with any kind of any counsels for USA not only to shield himself from the consequences ,and the impacts of his conspiratorial, numerous malicious accusations of me, but also no one of any kind of any counsels to know about his numerous scandals. Also, Adam, and Mitch in audio, and Mitch Emails to Ramamurthy confirm that Sammour was honest, upfront, and was not deceitful to pretrial and Adam in audio never denied that.  Mark knows the above as well they know his name.

K.C Johnson will write about Ramamurthy's corruptions more than what he wrote about the corruptions of the disbarred, and the prosecuted prosecutor Mike Nifong in North Carolina, Because not only of Ramamurthy's conspiracy with the pretrial officer Adam hussy, and his numerous malicious accusations of me, but also because of his numerous retaliations against me to shield himself against his (ANTICIPATION of corruption, a call for lie and conspiracy)

Put simply When Ramamurthy, s dishonesty, and his misled with court were caught .when he presented the defunct SAED LLC to court as an evidence to support his fake, designed, fabricated malicious accusations of me prior hearing, so Ramamurthy can say what he planned, designed, and maliciously fabricated, when said in audio (as in this case Dr bothra did not provide accurate information about his assets), Judge Stafford disagreed (audio confirmed).and Ramamurthy conspired with Adam, and he designed, fabricated his numerous malicious retaliations against me due to my complaint against him to ARDC, so to shield himself from and against his fabricated numerous malicious accusations of me , his conspiratorial, and his numerous malicious prosecutorial misconducts . Ramamurthy's designs and fabrications of his own numerous malicious retaliations against me were more of evidence, and admissions of his corruptions. Audio of 02/15/2023 confirm Ramamurthy continued in his persisting, and was pressuring Adam  to make him say different from the truth Adam told Ramamurthy prior hearing that, and to make Adam to lie and  conspire with him, and to say I did not disclose the defunct SAED LLC Ramamurthy presented , dishonestly, and misled with court, and to make Adam lie and conspire with him ,and to make him say that I did not disclose my income to pretrial services, and Ramamurthy continued his persisting ,and his pressuring Adam till Adam fled my case , and assigned

to another pretrial officer called Brain Harmon, Adam, fled my case after Ramamurthy's e mails to Mitch, and Adam on 02/22/2023,the day Ramamurthy suggested his conference call with Adam (the conspiracy call Mitch witnessed) ,and Adam fled my case on 03/10/2023 the day after Ramamurthy copied Adam his e mail to Mitch on 03/09/2023, Ramamurthy stated in this e mail, that Adam told him before hearing on 02/15/2023, that Adam would have expected me to disclose the defunct SAED LLC, and my income to pretrial services took place on 02/15/2023,

In fact, all audio confirm Ramamurthy continued in his persisting and pressuring Adam, so he would have expected anticipation from pretrial services ,anticipation of a lie and conspiracy, when said on audio, the government anticipated pretrial services report to reflect the accuracy of what the government has established through its- defunct- investigation, after Ramamurthy were dishonest and misled with court, anticipation after explanation indicate a call for corruption. And indication a call for a lie, and conspiracy , after he(Ramamurthy) presented to court the defunct SAED LLC as an evidence to support his fabricated malicious accusations of me prior hearing, that I was not honest ,a liar, and deceitful to pretrial services.( In audio Adam never said or agreed to that)

Ramamurthy conspired with the pretrial officer Adam hussey , so he can find him an exist to his dishonesty and his misled with court, and his numerous fabricated retaliations against me, because I made ARDC know in my complaints against him all of his corruptions conspiratorial, numerous malicious prosecutorial misconducts, but Mitch neither brought Ramamurthy's conspiracy call he witnessed , nor brought Ramamurthy's numerous fabricated, malicious accusations of me prior hearing, and Ramamurthy's Retaliations against me due to my complaints against him to court attention, and Mark knows that ,I filed complaints to AGC in Michigan against Mitch and Mark.

Psyche evaluation in Colorado was very good, and it was a golden opportunity to talk and tell the psychologists about all Ramamurthy's corruptions in his numerous conspiratorial, prosecutorial misconducts.

ARDC (ATTORNEY REGISTRATION DISCIPLINARY COMMITTEE ) IN CHICAGO IL, STATED IN THEIR DECISION LETTER ON 05/04/2023 IN RESPONSE TO MY COMPLAINTS AGAINST RAMAMURTHY,S CONSPIRATORIAL DESIGNED,FABRICATED, MALICIOUS PROSECUTORIAL MISCONDUCTS WERE ESSENTIALLY A CLAIM OF PROESCUTORIAL MISCONDUCTS, AND TO BE ADDRESSED AND RESOLVED IN THE COURT THROUGH MOTIONS,APPEALS,AND OTHER LEGAL ACTIONS.

Conspiracy call, audio of 02/15/2023,ande mails between Ramamurthy and Mitch on 02/22/2023, and 03/09/2023 confirm that Adam and Ramamurthy not only both were LIARS, but also confirm they conspired with each other, and Mitch witnessed the conspiracy call, but did not include and knowingly, and more of Ramamurthy's corruptions of his fabricated, numerous ,retaliations, and accusations of me , and his numerous malicious prosecutorial misconducts, which Mitch did not include in his motion filed on 03/22/2023, which Mitch knows all Ramamurthy's numerous malicious Retaliations as well as

he knows his name , motion for AUSA Shankar Ramamurthy to correct records of Ramamurthy's false, dishonest ,and misleading statements, and my attorney MARK MAGIDSON IS well AWARE of that too) ARDC in Chicago, IL, and attorney grievance commission in Michigan, I made them aware of all the details of Ramamurthy's corruptions, and his numerous fabricated retaliations in my complaints against 2 of them, (Mitch, and Mark), I included in details the conspiracy call Mitch witnessed, and the EXHIBITS Mitch did not include.

Ramamurthy's unusual request from court to muzzle, and to prohibit sammour from Communications with any kind of any counsels for U.S.A, after his designed, false, reckless, and fabricated accusations of me that I was not honest, a liar, and deceitful in the pretrial service interview , this not only indicated to put a leash on Sammour,s mouth, so ( Ramamurthy can conceal his corruptions, and what he learned from Adam, and Mitch prior hearing ,and all his persisting as confirmed in audio to force and to compel Adam to lie and to conspire with him due to his dishonesty and misled with court when he presented despite his learning prior hearing the defunct SAED LLC, and I did not disclose my income to pretrial to court as an evidence to support his lies and his false, fabricated, designed accusations of me prior hearing , to shield himself from the consequences, and the impacts on his professional practice as AUSA due to his numerous, conspiratorial , designed, fabricated, malicious prosecutorial misconducts, and to shield himself from, and against his own numerous scandals, and not to be known to all USA counsels, but also indications of more of evidence and admissions of his own extreme concerns, and worries about his future career as AUSA due to his own fabricated, designed, false , malicious accusations, and retaliations against me, and his own false personal safety concerns, , and his false worries, and false concerns of the community, and the public safety, all were his own fabricated malicious retaliations, and accusation of me due to my complaints against him to ARDC, to shield himself from its impacts on his own professional future as AUSA , and its consequence on his own professional future as a corrupted AUSA .Judge Stafford said in audio in 2/15/2023 , she never heard of a condition required a defendant to disclose accounts, business accounts to pretrial services, Judge Stafford said in audio 2/17/2023 , Ramamurthy's request ,it was a violation of the 5th amendments rights ,his request from court to violate the fifth amendment's rights indicated unprofessional prosecutorial conducts , she mentioned that ,and brought a case law to support that. The pretrial officer Adam hussey said in audio 2/15/2023, and explained to Ramamurthy prior hearing , and Adam said in audio it's not in the pretrial services Standards to ask the defendants about income and salary made, also Mr. Hussey said also in audio 2/15/2023 while talking deep breath in frustration (Sighed) expressing his frustration from Ramamurthy persisting pressuring him to lie and conspire with him to make him say different than what he told Ramamurthy prior hearing , which my former attorney Mr. Mitch confirmed that in audio that sammour was honest, upfront, and was not deceitful to pretrial officer ,and Adam Hussey never asked sammour about income made nor assets, which Ramamurthy presented to court a defunct document, Ramamurthy presented to court the defunct SAED LLC as an evidence, evidence of his corruptions, and evidence for his own self-deception, and evidence for his own self-interest, and it was a support and evidence of his lies, his reckless ,false, designed and

fabricated malicious accusations of me prior hearing, indicated that Ramamurthy is a deranged AUSA, and its indications, he made false, designed malicious accusations, and it was an evidence of his fake indictments of sammour. The Evidence is if the pretrial officer Adam hussey asked sammour about that, Sammour would have said SAED LLC was not in good standing since 2/17/2017,which this was exactly 6 years before the interview date on 02/15/2023, and it was a defunct, Mr. Mitch in audio said sammour was honest, upfront, and was not deceitful at pretrial interview, which Adam in audio never denied sammour was honest, upfront and was not deceitful to pretrial services at interview, and audio confirm not only Adam was a liar when said in audio it was a confusion between him and Mr. Sammour, and he hold himself accountable for that, but also audio confirm that Ramamurthy was a flat liar when said in his e mails to Mitch that Adam told him before hearing that Adam would have expected sammour to disclose the defunct SAED LLC, which Ramamurthy presented to court even after explanations and learning from Adam and Mitch was honest, upfront, and was not deceitful to pretrial to support his designed, fabricated malicious accusations of me prior hearing, this is an evidence Ramamurthy designed, fabricated his malicious accusations of me prior hearing, and he was persisting in all the audio to make Adam say different than what he learned from him before hearing, and it was an evidence it was a conspiracy call designed by Ramamurthy to find him an exit to his corruptions and its consequences, and Ramamurthy's unusual government request to muzzle and to prohibit sammour from communicating is more of admissions of his corruptions, which Mitch witnessed the conspiracy call on 02/22/2023, but never brought it to the attention of court in his motion, Ramamurthy to correct the court records of his numerous misleading, and his numerous false, and dishonest statements, Ramamurthy were dishonest and misled with court(Mitch e mailed to Ramamurthy on 02/22/2023), and you can listen and hear clearly Adam's sigh in audio, because Adam knows what Ramamurthy learned from him before hearing, Adam's sigh expressed his frustrations of Ramamurthy's corruptions, dishonesty, and Adam knows Ramamurthy misled with court, and wanted him to conspire with Ramamurthy's corruptions, when Ramamurthy said in audio government anticipated pretrial services report reflect the accuracy of what the government has established through its investigations, its Indication for a call for corruptions despite his learning and explanations by Adam, and Mitch prior hearing, But Ramamurthy presented his defunct evidence, the defunct SAED LLC, which this is an evidence the government established a defunct investigation, and continued In his persisting in all audio to make Adam Hussey say different than what Adam explained to Ramamurthy prior hearing, (indication a call for conspiracy)

(Mitch's e mail to Ramamurthy on 02/22/2023, which it was the day of the conspiracy call, Ramamurthy were being dishonest with court.) But Mitch did not include the conspiracy call in his motion for Shankar Ramamurthy to correct the court records filled on 03/22/2023.)

Ramamurthy were dishonest and misled with court, and Mr. Mitch had made clear that Mr. Hussey only asked sammour only at pretrial interview if sammour has a home, a car or cash only, and sammour was honest, upfront and was not deceitful to pretrial, but Ramamurthy continued persisting in his malicious accusations to sammour, and as all audio confirmed, to pressure Adam Hussey, and Adam was forced,

but finally Ramamurthy compelled him to lie and to conspire with him, and to make Adam to say different than what Adam Hussey explained to Ramamurthy before hearing. Then Adam fled Ramamurthy's corruptions , Ramamurthy said in audio that the government (Ramamurthy )anticipated that pretrial services report to reflect the accuracy of what the government established through its investigation and presented the defunct document to court, Ramamurthy's anticipation after Adam's, and match's  explanations to him prior hearing indicated( a call for corruptions) , and despite Mitch said in his emails to Ramamurthy on 2/22/2023 even After learning this before hearing ,Ramamurthy was dishonest and misled with court, Which Ramamurthy lied again in his emails 2/22/2023 and 3/9/2023,Ramamurthy stated in this e mails to Mitch , Adam had made clear that sammour not only did not disclose his a assets and his income to pretrial services , but Ramamurthy also lied again and said in his e mail to Mitch on 03/09/2023,and he copied Adam that Adam told him (Ramamurthy)before hearing that he (Adam)would have expected sammour to disclose the SAED LLC( the defunct document, and his income to Mr. Hussey ), But this story ended that Mitch witnessed in the most recent call Ramamurthy suggested(conspiracy call, audio on 02/15/2023 confirm that both Adam and Ramamurthy were LIARS ,AND CONSPIRED WITH EACH OTHER, Because if the liar Ramamurthy was told by Adam that he would have expected me to disclose the defunct SAED LLC, Ramamurthy neither would have not said he anticipated pretrial services report  to reflect the accuracy of the defunct  investigation the government  have established through its investigation, nor Ramamurthy would have said by the end of the audio pretrial services identification ,s no assets in the defendant's name is precisely his concerns, audio confirm that this is not only indications that both of them were liars, but more of evidence they conspired with each other, and Mitch witnessed the conspiracy call, but Mitch neither brought this nor Ramamurthy's numerous  fabricated  malicious retaliations against me due to my complaint against Ramamurthy to ARDC, and Mitch brought  to court attention, and Mark violated his ethical obligations in practicing law, its unauthorized, and unprofessional practice of law, K.C Johnson wrote more about such unethical practice of law. which Ramamurthy suggested to have with 2 of them (it's a conspiracy call when Ramamurthy dragged Adam to lie, and to conspire with Ramamurthy, and the day after , Mr. .Hussey fled  my case , and made me sign a piece of paper on 03/10/2023, after Ramamurthy copied Adam his e mail to Mitch on 03/09/2023  (Adam fled the frustration Ramamurthy's dishonesty  caused to him) and assigned it to another pretrial officer called Brian on 03/10/2023),which indicated Ramamurthy is corrupt and used to such unsafe practice of law, which indicated Ramamurthy's practice of law does not promote safety to public, and it's unsafe to the community, Nor it protects the integrity of the legal profession ,ARDC in Chicago IL confirmed my complaints against Ramamurthy were prosecutorial misconducts ,and to be brought to court through motions, appeals, and other legal actions but neither Mitch nor mark did, and Mitch practice did not include knowingly  any of the above  in his motion to correct the defunct Ramamurthy's practice ,which it's very obvious such unsafe practice of law Ramamurthy used to do, never brought to court attentions, I filed  a grievance against 3 of them (Ramamurthy, Mitch ,and Mark) , Moreover this confirmed Adam was a liar, and conspired with Ramamurthy ,and as K.C Johnson said in his comments about such malicious

practice of law was not done for the first time, it's very obvious its Mike Nifong's and Ramamurthy's propensity of their unauthorized, and unprofessional practice of law, Ramamurthy is more dangerous than Mike Nifomg because of his conspiracy with pretrial officer, and because of his numerous retaliations. ,K.C Johnson said that in his comments about the similar prosecutor, the corrupted Mike Nifong in North Carolina )Mike Nifong concealed knowingly the result of the lab test to court, and Ramamurthy designed, and fabricated maliciously his accusations of me prior hearing, Despite learning, and examinations prior hearing, he concealed what he learned prior hearing from Adam and Mitch, and in hearing he continued persisting to conceal what he learned prior hearing from Adam and Mitch, and presented a defunct document to support his fabrication (he accused me I did not disclose my assets and my income to pretrial, which Adam denied, and said in audio( it's not in the standards of the pretrial services to ask the defendant about income or salary made), Judge Stafford said, she never heard of a condition requires a defendant to disclose accounts, business accounts to pretrial service(audio confirmed) Despite learning this, Ramamurthy continued persisting his designed fabricated malicious accusations of me prior hearing (audio confirmed), More over Ramamurthy is conspiratorial with numerous malicious , prosecutorial misconducts, and conspired with the pretrial officer Adam hussey , But Mitch did not include the conspiracy call he witnessed, Ramamurthy suggested the conference call took place among 3 of them on 02/22/2023,made Adam fled my case on 03/10/2023 after Ramamurthy sent his e mail to Mitch on 09/2023 when the Liar, the corrupted ,the conspiratorial Ramamurthy lied, and stated that Adam told him before hearing that Adam would have expected me to disclose to Adam the defunct, the dissolved, the dead SAED LLC in this e mail on 03/09/2023 and copied Adam, the day after Adam fled my case because of the numerous of Ramamurthy's prosecutorial misconducts, which I presented in my complaints against Ramamurthy to ARDC in Chicago , to court (judge Robert's ),and to the grievance commission in Michigan against my former attorney about Mitch's malpractice , which judge Robert's stated in her decision on 4/26/2023 to the motion Mitch submitted to court on 3/21/2023 To correct Ramamurthy false, misleading, and dishonest statement to court , judge Robert's stated after admonished Mitch , that Mitch did provide a case law in his motion, and Mitch did not bring to court attention what he witnessed in the conspiracy call among 3 of them, but Mitch concealed that in his motion Ramamurthy to correct court records of his dishonest and misleading statements ,and misled with court, Ramamurthy retaliated to my complaints against him and lied again when said in his motion to amend my bond conditions after he threatened sammour as part of his retaliations too, he threatened me for additional bond and additional charges , Moreover, Ramamurthy lied again when accused sammour of being danger to his own personal and public safety, He retaliated and accused sammour, s thought process are detached from reality on 4/7/2023,this was the day after he was informed on 04/06/2023 by ARDC about my complaints against his conspiratorial ,and his numerous fabricated malicious prosecutorial misconducts on , on 05/04/2023 ARDC confirmed that sammour, s complaints against Ramamurthy were essentially prosecutorial misconducts, and that to be addressed and to be presented to court through motions , appeals , and other legal action( ARDC decision on (05/04/2023) But Mitch did not provide and

knowingly and tells to court that the witnesses who did provide the complaints against Ramamurthy to ARDC, which Mitch knows all , also Ramamurthy requested the unusual government request from court to muzzle , and to prohibit me from communicating with any kind of any counsels for the entire USA , so no one of the AUSA counsels to know about his designed, fabricated, and the numerous retaliations of his (Ramamurthy's)numerous scandals of his conspiracy with Adam to lie for him, and his malicious accusations of me prior hearing, and his fake indictments of sammour, the corrupt ,the AUSA  Ramamurthy was dishonest and misled with court(Mitch e mail to Ramamurthy on 02/22/2023),and his numerous fabricated  retaliations in the motion he  submitted to court due to my complaint against him to ARDC about his conspiratorial , numerous ,malicious prosecutorial misconducts, which judge Robert's denied Ramamurthy, unusual government request on 4/26/2023 ( violation of first amendment right, but she was not aware of my complaints against Ramamurthy to ARDC, ARDC decision was on 05/04/2023) Ramamurthy conspired with the pretrial officer Adam Hussey, and did all of the above and more to support his Fake indictment of me Which this is more of evidence Ramamurthy conspired with Adam Hussey and witnesses to support his malicious , reckless , dishonest , and false accusations of sammour and to support his false, and to support  his designed fabrications of his malicious accusations of me prior hearing that I was not honest, deceitful to pretrial services , and to support his fake indictment against sammour for his own self-deception and for his own self-interest , Ramamurthy, s conspiratorial , malicious prosecutorial misconducts were worse than The disbarred, the corrupted prosecuted Prosecutor Mike Nifong in North Carolina when he concealed knowingly the lab test ,and misled with court in north Carolina ,which Ramamurthy did the same, concealed what he learned from  Adam, and Mitch before hearing., Moreover, Ramamurthy conspired with the pretrial officer Adam Hussey, not only to support his fake indictments of sammour, but also his numerous  malicious retaliations to find him and exist of his corruptions, and to shield himself  from the consequences of his conspiratorial, prosecutorial misconducts with the pretrial officer Adam hussey, Ramamurthy's practice of law neither promote safety to public nor protects the integrity of the legal profession. Professor K. C Johnson had more to say describing more of such malicious prosecutorial misconducts, Moreover, Ramamurthy conspired with the pretrial office. Ramamurthy should be prosecuted , disbarred , and I should be compensated for all the surfers Ramamurthy's conspiratorial, malicious prosecutorial misconducts caused to me, and had me to go through, Again The professor K.C had more to say about such consequences and it's impacts on the victims like Sammour, Ramamurthy made all above, and made more than that, for his own self-deception, and for his own self-interest, and due to his (Ramamurthy's)conspiratorial , numerous malicious prosecutorial misconducts , Sammour had made clear to psychologists in Coronado which audios , Ramamurthy's E mails to Mitch , and his (Ramamurthy's) motions, and his responses to motions , and his letters to ARDC had more of confirmations of evidence of Ramamurthy's conspiratorial, numerous malicious prosecutorial misconducts, and the Psychologists, Which it indicated confirmations that ARDC decision about my complaints against Ramamurthy were essentially prosecutorial misconducts. My complaints against Ramamurthy were very true, and with evidence (audio, Mitch, and Ramamurthy e mails confirm that)

, which this indicate as ARDC mentioned in their decision, any complaints against the corrupted Ramamurthy should be addressed and resolved in courts through motions, appeals and other legal actions.

Judge Goldsmith served as Special Counsel to the State Bar Committee on the Unauthorized Practice of Law, a hearing panelist for the Attorney Discipline Board, and adjunct instructor at Wayne State University Law School.

This is what Ramamurthy did, Ramamurthy's conspiratorial, fabricated malicious accusations of me, malicious prosecutorial misconducts, Ramamurthy wanted to run the court like AZZAR of Russia, Unauthorized Practice of Law,

lie, presented defunct document to support his false, malicious ,misleading, and dishonest accusation, then conspired with pretrial officer, Mitch witnessed the conspiracy call, ( highest level of unauthorized practice of law, malpractice, )and more of Ramamurthy's numerous retaliations due to my complaints to ARDC against Ramamurthy,

We all know this can happen in the republic of bananas, But not in the United States of America

For the interest of justice, for the safety of the public, for integrity of the legal profession to be protected, The corrupted, the conspiratorial with the numerous malicious prosecutorial misconducts, the AUSA Ramamurthy should be prosecuted ,disbarred, By evidence provided above , he is worse in corruptions than the prosecuted ,and the disbarred prosecutor Mile Nifong in north Carolina. Ramamurthy's practice of law is not only unauthorized, but also unethical practice of law, the conspired Ramamurthy, and his practice of law is not only in the highest level of unprofessionalism, but also it's in the highest level of corruptions

Here is the audio that Shankar Ramamurthy forwarded to me of the first of the two hearings.

Mitch

Mitchell T Foster

**MITCH FOSTER LAW**

P.O. Box 798

Milford, MI  48381

mitchfosterlaw.com

mitch@mitchfosterlaw.com

(248) 684-8400

(248) 684-8401 FAX

(248) 705-2994 CELL

---

**From:** Ramamurthy, Shankar (CRM) <Shankar.Ramamurthy@usdoj.gov>
**Sent:** Wednesday, February 22, 2023 1:46 PM
**To:** Mitch Foster <mitch@mitchfosterlaw.com>; 'Adam Hussey' <adam_hussey@miept.uscourts.gov>
**Subject:** RE: [EXTERNAL] RE: Ramamurthy is dishonest , liar and wanted to mislead the court

Mitch,

As I told you on our call a few moments ago I take these accusations very seriously and strongly disagree with your characterization. I have attached the audio of the hearing. As you will hear, the only entity that I referenced was not disclosed to Mr. Hussey was SAED LLC, which Mr. Hussey made clear had not been disclosed to him by your client. After listening to the audio I suggest the three of us get on a call so that there is not any confusion going forward about what was said.

Best,

Shankar Ramamurthy

Trial Attorney

United States Department of Justice

Criminal Division, Fraud Section

Phone: (202) 924-5368

E-mail: shankar.ramamurthy@usdoj.gov

---

**From:** Mitch Foster <mitch@mitchfosterlaw.com>
**Sent:** Wednesday, February 22, 2023 12:58 PM
**To:** 'Ibrahim Sammour' <abesammour@yahoo.com>; Ramamurthy, Shankar (CRM) <Shankar.Ramamurthy@usdoj.gov>; 'Adam Hussey' <adam_hussey@miept.uscourts.gov>
**Subject:** [EXTERNAL] RE: Ramamurthy is dishonest , liar and wanted to mislead the court


Shankar,


I agree with my client Mr. Ibrahim Sammour that you misled the court. Before we went in front of Judge Stafford, Adam had made clear that Ibrahim did not give him any false information during the pretrial services interview. Even after learning this, you told the court that Ibrahim was not being honest with pretrial services about his finances. I would like to trust you, but the only way I see this is that you were being dishonest with the court.


Mitch


Mitchell T Foster

**MITCH FOSTER LAW**

P.O. Box 798

Milford, MI  48381


mitchfosterlaw.com

mitch@mitchfosterlaw.com

I would appreciate it if you took some time to consider your accusations before writing these e-mails. You are straining to make arguments where there is none to be made.

First, if you recall, the pre-trial services report listed Individualized as the sole entity at which he had worked between 2017 and 2022. I did not write that. I noted that this was the sole entity that was listed. This was a true statement. If you have an issue with it, take that up with pre-trial services (copied here).

Second, as to his assets, as you note I said it "raises a concern" about the funds that he has; not that he actually has them. "These funds" referred to the funds he was paid, which is clear from any reading of what you have transcribed below. Also, as you noted, I said the government does not know what he has access to. All of which is true. I explicitly said the government does not know the whereabouts of any funds. If you care to provide an accounting of his assets, I will gladly take a look.

Finally, SAED received funds from the Jamil entities. It was an LLC in his name. I said it was not listed in the pretrial report. Each of these statements was true. As Officer Hussey told you on our most recent call, **and told me before the hearing**, he would have expected your client to disclose this entity.

I stand by each statement I made in Court. I am available if you care to discuss further, but then these accusations should be put to rest.

Shankar Ramamurthy

Trial Attorney

United States Department of Justice

Criminal Division, Fraud Section

Phone: (202) 924-5368

E-mail: shankar.ramamurthy@usdoj.gov

Ramamurthy concealed this (his e mail) from his exhibits to court, Ramamurthy was a liar when Adam told him before hearing, read Ramamurthy e mail below.

Ramamurthy conspired with Adam, in the conspiracy call, Mitch witnessed the conspiracy, but did not include in his motion Shankar Ramamurthy to correct court records of his false and misleading statement, Ramamurthy misled were dishonest ,and misled with court, audio, Mitch e mails, and I was there before hearing Mitch, e mailed that to him on the day of the conspiracy call among 3 of them on 02/22/2023, Adam fled on 03/10/2023.

when you see all the exhibits Ramamurthy presented to court on his retaliations motion on 04/07/2023 after he was informed by ARDC about my complaint against him on 04.06/2023,he submitted his designed, fabricated malicious retaliations in a form of motion to amend my bond due to my complaint of his conspiratorial, malicious prosecutorial misconducts against him to ARDC , you will find he hid and concealed from court his e mail on 03/09/2023,to Mitch and Adam Hussey , that Adam told him before hearing, that Adam would have expected me to disclose the defunct SAED LLC , and my income to pretrial services, made Adam fled my case, and assigned to another officer day after on 03/10/2023, Adam fled Ramamurthy, s corruptions. evidence Ramamurthy was a liar, all audio on 02/15/2023 confirmed Ramamurthy continued pressuring Adam to lie and conspire with him, and he wanted to force and to compel Adam to tell him different what he told him before hearing, evidence Ramamurthy designed, fabricated his malicious accusations of me prior hearing.

Hello Abe,

Mitchell T. Foster, P.C.
MITCH FOSTER LAW
P.O. Box 798
Milford, MI. 48381

(248) 684-8400

mitch@mitchfosterlaw.com
www.mitchfosterlaw.com

Begin forwarded message:

**From:** "Ramamurthy, Shankar (CRM)" <Shankar.Ramamurthy@usdoj.gov>
**Date:** March 9, 2023, at 9:26:08 AM EST
**To:** Mitch Foster <mitch@mitchfosterlaw.com>
**Cc:** Adam Hussey <Adam_Hussey@miept.uscourts.gov>
**Subject: RE: [EXTERNAL] Ibrahim Sammour**

Mitch,

*[signature] 8/28/2023*