Honorable, Judge Goldsmith    case #23-20062

FILED USDC - CLRK DET
2023 SEP 1 PM 1:16

Request to remove attorney Mark H. Magidson,

I filed grievance against Mark malpractice due to his unauthorized, unprofessional, and unethical practice of law to AGC.

Mitch did not bring to the court attention (what he witnessed), and Mark knows my complaint to ARDC against Ramamurthy's false, fabricated malicious prosecutorial misconducts in his response on 04/14/2023 to Ramamurthy's motion on 04/07/2023 to amend my bonds conditions , Judge Victoria Roberts would have known on 04/26/2023 Ramamurthy's reasons behind Ramamurthy's false, malicious designed fabricated accusations of me in his unusual government request from court, and his malicious reasons behind his false, designed fabricated malicious retaliations against me, this indicate Ramamurthy will continue straining in his numerous conspiratorial, malicious prosecutorial misconducts,to shield himself from, and against the impacts, and the consequences of his conspiracy, and the consequences of his designed numerous fabricated malicious accusations, and his designed numerous malicious retaliations against me  .

In front of judge Stafford on 02/15/2023 Ramamurthy were dishonest, and misled court

When caught, and as a result of that   Ramamurthy's conspiracy with the pretrial officer Adam hussey on 02/22/2023 (Mitch witnessed conspiracy call) which it was part of Ramamurthy's designed malicious accusations, and its part of his designed fabricated malicious retaliations against me

Ramamurthy conspiracy is part of his designed malicious accusations, and his malicious retaliations against me, after he was caught in his dishonesty, and misled the court in front of judge Stafford (K.C Johnson has more to say describing such misconducts)

Ramamurthy should be prosecuted, and disbarred, he is more dangerous than the corrupt Mike Nifong in north Carolina,
Ramamurthy conspired with the pretrial officer Adam hussey

Ramamurthy will continue straining in his numerous conspiratorial, malicious prosecutorial misconducts to shield himself from, and against  the impacts of his conspiracy, and the consequences of his numerous malicious accusations, and his numerous malicious retaliations against me  .

I had made clear to the psychologists in Colorado that Ramamurthy will continue being a liar, in his dishonest persisting ,and in his  pressuring witnesses as he did with the pretrial officer Adam in court in front of judge Stafford even after learning prior hearing (K.C Johnson has more to say in such cases),  as audio on 02/15/2023 confirmed, I was not as Ramamurthy maliciously accused me prior hearing, and I was honest, upfront, and was not deceitful to pretrial, which Adam never denied, and Mitch's email on 02/22/2023 to Ramamurthy confirmed Ramamurthy were dishonest, and misled the court, and I had made clear to the psychologist if I am sick in my brain, and my thought process detached from reality as Ramamurthy accused me as part of his malicious designed retaliations against me in his false ,designed fabricated malicious accusations of me, to shield himself against, and from the impacts, and the consequences on him, because of his designed fabricated  malicious accusations , and his fake indictment of me due to my complaints against him ,due to my complaints against him to ARDC, and to  court, I had made clear if this was the case, this indicate that the ARDC were sick in their mind, and their thought of process were detached from reality too, the psychologist said, she hope not, this this indicate that the ARDC, and their decision were true(prosecutorial misconducts), which it stated clearly that my complaints against Ramamurthy's conspiratorial, malicious prosecutorial misconducts, ARDC stated in Chicago, IL, my complaints against the  AUSA Ramamurthy were claim of prosecutorial misconducts, and this is to be brought, and resolved in court in Michigan, through motions ,appeals, and other legal actions,, and  I Am not sick in my brain, and my thought process are well attached to reality of Ramamurthy's conspiracy with Adam, and to Ramamurthy's accusations, and retaliations against me, this indicated that my complaints against Ramamurthy not only to ARDC, but also to court, and to AGC against Mitch, and Mark in Michigan were malpractice complaints which included all details provided to ARDC, and court, as well as my complaint against Mitch who witnessed what the officer Adam hussey explained to Ramamurthy prior hearing, Mitch witnessed Ramamurthy's false, designed, fabricated malicious numerous accusations of me prior hearing, Mitch witnessed all Ramamurthy's false, fabricated designed numerous malicious retaliations against me, evidence, Mitch stated as part of his malicious



retaliations against me, in his motion in response to Ramamurthy's motion to amend my bonds Shankar Ramamurthy filed to court on 04/07/2023 a day after he received, and informed on 04/06/2023 by ARDC about my complaints against him due to his conspiratorial, malicious prosecutorial misconducts, Mitch said in his response Ramamurthy's accusations of sammour goes beyond Ramamurthy's false concerns of his own personal safety, Mitch stated goes beyond Ramamurthy's own personal annoyance ,and his unusual government request from court to prohibit me from communicating with any kind of any counsels for U.S.A, is more of evidence Ramamurthy does not want anyone to know about his designed conspiracy, and his numerous scandals with the officer Adam he designed against me to shield himself, and his designed planned malicious prosecutorial, misconducts, and this indicate that Ramamurthy designed planned fabricated his numerous malicious retaliations against me, due to my complaints against Ramamurthy to ARDC, and its indications of Ramamurthy's concerns and worries about his professional future as AUSA as a consequences, and the impact of his conspiracy with Adam, and Ramamurthy's professional future same as the corrupt, prosecuted ,and the disbarred prosecutor Mike Nifong in north Carolina, Mitch did not bring to the court attention my complaint to ARDC against Ramamurthy's malicious prosecutorial misconducts in his response on 04/14/2023 to Ramamurthy's motion on 04/07/2023 to amend my bonds conditions , Judge Victoria Roberts would have known on 04/26/2023 Ramamurthy's reasons behind his false, malicious designed fabricated accusations of me in his unusual government request from court, and his malicious reasons behind his false, designed fabricated malicious retaliations against me, this indicate Ramamurthy will continue straining in his numerous conspiratorial, malicious prosecutorial misconducts.to shield himself from, and against the impacts, and the consequences of his conspiracy, and the consequences of his designed numerous fabricated malicious accusations, and his designed numerous malicious retaliations against me .

(Mike is well aware), and I was there listening, and Mitch witnessed the conspiracy call too, which Ramamurthy suggested, and took place among 3 of them on 02/22/2023, Mike Nifong in North Carolina concealed from court what he learned before court, and did not present to court what he learned before court, and he misled with court when he concealed, he did not present the lab test to court, Ramamurthy concealed what Adam explained to him ,and despite learning before hearing, and Adam, audio, and Mitch had made clear in audio Adam explained to Ramamurthy before court, Ramamurthy were dishonest, and misled with the court, Moreover, Ramamurthy conspired with the pretrial officer, and Ramamurthy made false designed fabricated numerous accusations, and retaliations against me, More details explained, and provided to court, and AGC .Ramamurthy's practice of law is more dangerous to the public safety, because of his conspiracy with the pretrial officer Adam hussey, Ramamurthy conspired with Adam as part of his numerous retaliations against me, after he was caught in his dishonesty, and his misled the court in front of judge Stafford,, audio, Adam, and Mitch confirmed that, but Mitch did not bring to the court attention, the conspiracy call he witnessed, on 02/22/2023, and Adam fled my case on 03/10/2023,for the interest of justice, for the safety of the public , Ramamurthy should be prosecuted, Ramamurthy should be disbarred, Ramamurthy is more dangerous than the corrupt Mike Nifong

copy provided to ARDC, and AGC