UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

D-2, JALAL JAMIL,

                    Defendant.

Case No. 23-cr-20062

Hon. Mark A. Goldsmith

## STIPULATION TO CONTINUE SENTENCING

The United States of America, by its undersigned attorney, and the Defendant, by and through her undersigned counsel, stipulate to a continuation of the sentencing date, presently set for September 19, 2024, for a period of at least 120 days.  The continuance is necessary to allow Mr. Jamil to be sentenced at around the same time as her co-conspirators, should they be convicted at trial (*United States v. Jamil, et al.*, 23-cr-200 (E.D. Mich.) (Goldsmith, J.)), which is presently scheduled to commence on November 19, 2024.

SO STIPULATED.

A proposed Order in accordance with this Stipulation is attached.

Respectfully Submitted,

| | |
|---|---|
| s/Shankar Ramamurthy | s/ Robert S. Harrison (By Consent) |
| Shankar Ramamurthy | Robert S. Harrison |
| Trial Attorney | Robert Harrison & Associates PLC |
| Department of Justice | 40950 Woodward Ave., Suite 100 |
| Criminal Division, Fraud Section | Bloomfield Hills, MI 48304 |
| 211 W. Fort St., Suite 2001 | Tel: (248) 283-1600 |
| Detroit, MI 48226 | Email: rsh@harrisonplc.com |
| Shankar.ramamurthy@usdoj.gov | *Counsel for Jalal Jamil* |

Date:  September 13, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

D-2, JALAL JAMIL,

           Defendant.

Case No. 23-cr-20062

Hon. Mark A. Goldsmith

## ORDER

Upon stipulation of the parties and the Court being fully advised of the circumstances,

**IT IS HEREBY ORDERED** that Defendant's sentencing date shall be and is hereby continued to *Wednesday, February 19, 2025 at* **10:00 AM.** Sentencing memorandums and letters of support are due February 12, 2025.

**SO ORDERED**.

           s/Mark A. Goldsmith
           Hon. Mark A. Goldsmith
           United States District Judge

Dated: September 16, 2024